# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-22977-CMA

SILVANA CAROLINA HERRERA,

    Plaintiff,

v.

TAO SPA GROUP, LLC,
ROLAND LASSITER,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

TO:    Defendant:    Tao Spa Group, LLC
    Registered Agent:    Roland Lassiter
        1000 West Ave, CU-5
        Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esquire
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316

Phone:  (786) 924-9929
Fax:    (786) 358-6071
Email:  ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/11/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-22977-CMA

SILVANA CAROLINA HERRERA,

       Plaintiff,

v.

TAO SPA GROUP, LLC,
ROLAND LASSITER,

       Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    Defendant:    Roland Lassiter
                                910 West Ave Apt 1124
                                Miami Beach, FL 33139

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esquire
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316

Phone:  (786) 924-9929
Fax:     (786) 358-6071
Email:  ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/11/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts